# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JESSICA BLINKHORN,<br><br>      Plaintiff,<br><br>-against-<br><br>NEIGHBORHOOD CONCEPTS, INC. and 752 NORTH HIGHLAND, LLC,<br><br>      Defendants. | CIVIL ACTION<br><br>FILE No. 1:17-cv-00122-ELR |

## STIPULATION

WHEREAS Defendant Neighborhood Concepts, Inc. represents that it does not own or manage Neighbors Pub, the facility at issue in the instant lawsuit brought by Plaintiff Jessica Blinkhorn (hereinafter "Plaintiff");

IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel for the parties set forth below that all references in Plaintiff's Complaint, filed on January 11, 2017, to Neighborhood Concepts, Inc. shall be deemed to refer to Virginia Highlands Associates, Inc.; that all claims against Neighborhood Concepts, Inc. are dismissed with prejudice; and that all further pleadings in this action shall bear the following caption:

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

JESSICA BLINKHORN,

            Plaintiff,

-against-

VIRGINIA HIGHLANDS ASSOCIATES, INC.; and 752 NORTH HIGHLAND, LLC,

            Defendants.

CIVIL ACTION

FILE No. 1:17-cv-00122-ELR

Dated:   April 20, 2017

By:  /s/ Evan M. Rosen
Evan M. Rosen, Esq.
*Attorney for Defendant,* Virginia Highlands Associates, Inc.,
Georgia Bar No. 649716
Jackson Lewis P.C.
1155 Peachtree St. NE, Suite 1000
Atlanta, GA 30309-3600
Tel: 404-586.1837
Fax: 404-525-1173
Evan.Rosen@jacksonlewis.com

By:  /s/ Craig J. Ehrlich
Craig J. Ehrlich, Esq.
*Attorney for Plaintiff*
Georgia Bar No. 242240
Ehrlich & Schapiro, LLC
1123 Zonolite Road, N.E., Suite 8-B
Atlanta, GA 30306
Tel: 404-365-4460
Fax: 855-415-2480
craig@ehrlichlawoffice.com

By:  /s/ C. Joseph Hoffman
C. Joseph Hoffman, Esq.
*Attorney for Defendant,* 752 North Highland, LLC.
Georgia Bar No. 984961
Kitchens Kelley Gaynes, P.C.
5555 Glenridge Connector
Building One, Suite 800

Atlanta, GA 30342
Tel: 404-467-2288
Fax: 404-364-0126
jhoffman@kkgpc.com


SO ORDERED:

_____
HONORABLE ELEANOR L. ROSS
UNITED STATES DISTRICT JUDGE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JESSICA BLINKHORN, <br><br> Plaintiff, <br><br> -against- <br><br> NEIGHBORHOOD CONCEPTS, INC. and 752 NORTH HIGHLAND, LLC, <br><br> Defendants. | CIVIL ACTION <br><br> FILE No. 1:17-cv-00122-ELR |

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), the undersigned counsel for Defendant certifies that the foregoing document complies with the font and point setting approved by the Court in Local R. 5.1(B). The foregoing document was prepared on a computer, using Times New Roman, 14-point font, which is one of the fonts and point selections approved by the Court in Local Rule 5.1(B).

Respectfully submitted this 20th day of April, 2017.

>*/s/ Evan M. Rosen*
>Evan M. Rosen
>Georgia Bar No. 649716
>JACKSON LEWIS P.C.
>1155 Peachtree Street, NE
>Suite 1000
>Atlanta, Georgia 30309

                    Tel: (404) 525-8200
                    Fax: (404) 525-1173
                    evan.rosen@jacksonlewis.com
                    **ATTORNEY FOR DEFENDANT,**
                    **Neighborhood Concepts, Inc.**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JESSICA BLINKHORN,<br><br>      Plaintiff,<br><br>-against-<br><br>NEIGHBORHOOD CONCEPTS, INC. and 752 NORTH HIGHLAND, LLC,<br><br>      Defendants. | CIVIL ACTION<br><br>FILE No. 1:17-cv-00122-ELR |

## CERTIFICATE OF SERVICE

I certify that on April 20, 2017, I filed Defendant NEIGHBORHOOD CONCEPTS, INC. Stipulation with the clerk of the Court using the CM/ECF system which will send email notification of such filing to counsels of record:

Craig J. Ehrlich, Esq.
*Attorney for Plaintiff*
Georgia Bar No. 242240
Ehrlich & Schapiro, LLC
1123 Zonolite Road, N.E., Suite 8-B
Atlanta, GA 30306

C. Joseph Hoffman, Esq.
*Attorney for Defendant,* 752 North Highland, LLC.
Kitchens Kelley Gaynes, P.C.
5555 Glenridge Connector
Building One, Suite 800
Atlanta, GA 30342

Respectfully submitted: April 20, 2017

       /s/ *Evan M. Rosen*
Evan M. Rosen
Georgia Bar No. 649716
JACKSON LEWIS P.C.
1155 Peachtree Street, NE
Suite 1000
Tel: 404-586-1837; Fax: 404-525-1173
Email: evan.rosen@jacksonlewis.com
Attorney for Defendant,
Neighborhood Concepts, Inc.

4816-5782-0487, v. 1