IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JESSICA BLINKHORN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| vs. | ) | |
| | ) | FILE No. 1:17-cv-00122-ELR |
| VIRGINIA HIGHLANDS | ) | |
| ASSOCIATES, INC. and | ) | |
| 752 NORTH HIGHLAND, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,

Plaintiff Jessica Blinkhorn and Defendants Virginia Highlands Associates, Inc. and

752 North Highland, LLC, by and through the undersigned counsel of record,

hereby stipulate and agree that the instant matter be dismissed with prejudice,

without an award of fees or costs to any party.

Dated: May 4, 2017.

Respectfully submitted,

/s/Craig J. Ehrlich
Craig J. Ehrlich
*Attorney for Plaintiff*
Georgia Bar No. 242240
Ehrlich  & Schapiro, LLC
1123 Zonolite Road, N.E., Suite 8-B

Atlanta, Georgia 30306
Tel: (404) 365-4460
Fax: (855) 415-2480
craig@ehrlichlawoffice.com

/s/C. Joseph Hoffman
C. Joseph Hoffman
Georgia Bar No. 984961
Kitchens Kelley Gaynes PC
5555 Glenridge Connector, Suite 800
Atlanta, Georgia 30342
Fax: (404) 364-0126
jhoffman@kkgpc.com

/s/Evan Rosen
Evan Rosen
Georgia Bar No. 649716
Jackson Lewis, PC
1155 Peachtree Street, N.E., Suite 1000
Atlanta, Georgia 30309
Fax: (404) 586-1837
evan.rosen@jacksonlewis.com

## CERTIFICATE OF SERVICE

I certify that on May 4, 2017 I filed the within and foregoing Stipulation of Dismissal with Prejudice using the CM/ECF System for the federal District Court for the Northern District of Georgia. Further, a true and correct copy of the same was sent via electronic mail to the following counsel of record:

C. Joseph Hoffman, Esq.
Kitchens Kelley Gaynes PC
5555 Glenridge Connector, Suite 800
Atlanta, Georgia 30342
Fax: (404) 364-0126

jhoffman@kkgpc.com

Evan Rosen, Esq.
Jackson Lewis, PC
1155 Peachtree Street, N.E., Suite 1000
Atlanta, Georgia 30309
Fax: (404) 586-1837
evan.rosen@jacksonlewis.com

/s/Craig J. Ehrlich
Craig J. Ehrlich

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a point size of 14.

/s/Craig J. Ehrlich
Craig J. Ehrlich